THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **LRCiv. 5.4**
(Rule Number/Section)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 13 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY **SMH** DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼
_____ Division

Christerphor Ziglar

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

United States Postal Service, et al

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV-21-01223-PHX-GMS
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name              CHRISTERPHOR ZIGLAR
  Street Address    3733 W OREGON AVE
  City and County   PHOENIX, MARICOPA COUNTY
  State and Zip Code ARIZONA 85019
  Telephone Number  (602) 736-3564
  E-mail Address    CHRIS_ZIGLAR@HOTMAIL.COM

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: UNITED STATES POSTAL SERVICE
- Job or Title *(if known)*: POST MASTER GENGERAL
- Street Address: PO Box 60873
- City and County: Phoenix, Maricopa
- State and Zip Code: AZ 85082-0873
- Telephone Number: (602) 225-3108
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
TITLE II OF HE CIVIL RIGHTS ACT (PUBLIC ACCOMMODATIONS)
42 U.S.C. §2000a (a) All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any public accommodation, as defined in this section, without discrimination on the ground of race, color, religion, or national origin.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* CHRISTERPHOR ZIGLAR, is a citizen of the State of *(name)* ARIZONA.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.      If the defendant is a corporation

The defendant, *(name)* UNITED STATES POSTAL SERVICE, is incorporated under the laws of the State of *(name)* ARIZONA, and has its principal place of business in the State of *(name)* WASHINGTON, DC.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PLAINTIFF IS OWED THE AMOUNT OF 100,000 FOR CAUSING EMOTIONAL DISTRESS.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE UNITED STATES POSTAL SERVICE VIOLATED MR.ZIGLAR'S RIGHTS TO RELGIOUS BY REFUSING TO OFFER SERVICES TO MR.ZIGALR UNLESS HE WENT AGAINST HIS RELIGOUS BELIEFS AND FREEDOMS. THE UNITED STATES POSTAL SERVICE FORCED MR.ZIGALR TO WEAR A MASK INSIDE A PUBLIC FEDERAL BUILDING IN ORDER TO BE SERVED. PLANTIFF ATTEMPTED TO FILE AN INTERNAL ACCOMPLAINT BUT WAS SHUNNED BY THE CO-CHAIR TINA SWEENEY WHEN SHE REFUSED PLAINTIFF THE NAME OF MANAGER THAT DUISCRIMINATED AGAINST PLAINTIFF DIRECTLY. SINCE THEN mR. zIGLAR HAS FACE NUMEROUS HARASSMENT BY POSTAL CARRIERS AND PHYSICAL THREATS OF HARM

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF ASKS THE COURT FOR MONETARY DAMAGES IN THE AMOUNT 100,000 FOR THE EMOTIONAL DISTRESS. MR.ZIGLAR IS ENTITLED TO THIS AMOUNT BECAUSE IT WAS DONE WITH MALICE INTENT AND MR.ZIGALR HAD TO CHOOSE BETWEEN HIS RELGION OR SERVICE. THE UNTIED STATE POSTAL SERVICE NOT ONLY PROVIDES PUBLIC SERVICE AND AS A FEDERAL AGENCY WITHIN THE FEDERAL GOVERNMENT IT MUST AT ALL TIME ABIDE BY FEDERAL LAWS AGAINST DISCRIMINATION AND ACKNOWLEDGE THE FEDERAL RIGHTS PROCTECTING IT'S PATRONS AND CUSTOMERS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/13/2021

Signature of Plaintiff

Printed Name of Plaintiff    CHRISTERPHOR ZIGLAR

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address